No. 90–280. KINNEY v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 90–282. PAVAO v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–284. BOATMEN'S NATIONAL BANK OF ST. LOUIS, AS SUCCESSOR IN INTEREST TO CENTERRE BANK, N. A., FKA FIRST NATIONAL BANK OF ST. LOUIS v. CARVER, TRUSTEE. Sup. Ct. Iowa. Certiorari denied.

No. 90–287. DUNKLEY ET UX. v. REGA PROPERTIES, LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–288. NEW YORK STATE TEAMSTERS JOINT COUNCIL 18 ET AL. v. NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–290. EUBANKS v. GETTY OIL CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–292. MULLEN v. CITY OF BELTON, MISSOURI, ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 90–294. SANDLIN v. TEXACO REFINING & MARKETING, INC. C. A. 10th Cir. Certiorari denied.

No. 90–296. LOVE CHURCH v. CITY OF EVANSTON, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 90–297. MITCHELL v. MOBIL OIL CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–299. WASTE CONVERSION, INC. v. PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 90–301. COFFEE v. SEABOARD SYSTEM RAILROAD, INC. Sup. Ct. Ala. Certiorari denied.

No. 90–302. PETEN v. UNITED STATES. Ct. Mil. App. Certiorari denied.